UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | No. 4:08CR00405-BD |
| ) | |
| JOSHUA TURNER ) | |
| ) | |

## ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed.

IT IS SO ORDERED this 15th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE